### HURD V. HALL.

In an action of *indebitatus assumpsit*, the plaintiff's mentioning in his declaration of whom the money was received, for which the defendant was indebted, does not vitiate the declaration.

ACTION of *indebitatus assumpsit*, declaring that on the 1st of February A. D. 1786 the defendant was indebted to the plaintiff £45 for money before that time had and received for the plaintiff's use, viz. moneys received of Ard Welton, which was in part pay for a farm sold to said Welton in October A. D. 1785 and being so indebted, etc. assumed and promised, etc. Demurrer to the declaration.

The exception was — That the defendant's receiving the money of Welton, did not create an indebtedness to the plaintiff, without a special request to pay it, and a refusal or a misapplication of the money.

Judgment — That the declaration is sufficient. The averment is direct and positive that the defendant was indebted for money had and received for the plaintiff's use, which is all that was necessary. See Lawrence v. Clark, New Haven this circuit, and the plaintiff's mentioning of whom the money was received is for the defendant's advantage.